THE STATE OF IOWA, Appellee, v. FRANK HOFF, Appellant.

Criminal Law: APPEAL: REVIEW.

*Appeal from Jones District Court.*—HON. J. H. PRESTON, Judge.

WEDNESDAY, FEBRUARY 10, 1892.

THE defendant was indicted, tried and convicted upon a charge of keeping and maintaining a nuisance, and he appeals.—*Affirmed.*

*John Y. Stone*, Attorney General, for the state.

PER CURIAM. The cause was submitted to this court upon a transcript which shows that the defendant was indicted, tried and found guilty, and judgment was rendered against him, and an appeal taken. There is no abstract of the evidence, nor of any of the rulings of the court made during the trial. We discover no grounds for disturbing the judgment, and it is AFFIRMED.